Opinion issued November 6, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00325-CV

____________


LONGHORN PARTNERS PIPELINE, L.P., Appellant


V.


BJ PROCESS AND PIPELINE SERVICES COMPANY, Appellee


* * * * * * *


BJ PROCESS AND PIPELINE SERVICES COMPANY, Appellant


V.


LONGHORN PARTNERS PIPELINE, L.P., Appellee






On Appeal from the 295th District Court

Harris County, Texas

Trial Court Cause No. 2004-65689






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss their appeal. No opinion has
issued. Accordingly, we grant the motion and dismiss the appeal. Tex. R. App. P.
42.1(a)(2).

 We grant the parties' joint motion to order the district clerk to release funds
pursuant to announcement of settlement.

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland.